200526826
(kyn)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 05-53309 |
| Stanley Vincent Wagner | : | Chapter 13 |
| Christy H. Wagner | | |
| Debtors | : | Judge Howard |
| | : | **AGREED ORDER RESOLVING OBJECTION TO PLAN** |

This matter having come before the Court upon the Objection to Debtors' Plan (hereinafter "Objection") by the secured creditor, Tri-Corp Financial Inc. c/o GMAC Mortgage Corporation (''Creditor''); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Creditor will be paid the secured value of the real estate, which is $20,000.00. Creditor shall release its lien on upon completion of the plan and payment of its secured and unsecured claim. Creditor shall file an Amended

Proof of Claim to bifurcate its claim into secured and unsecured portions.

    2.   Plan confirmation is subject to the terms and conditions stated herein.

DATED:  February 1, 2006

SUBMITTED BY:

/s/ Joel K. Jensen, Case Attorney
Joel K. Jensen, Case Attorney
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100
(513) 354-6464 Fax
ekybk@lsrlaw.com


/s/ Brian T. Canupp, Case Attorney
Brian T. Canupp, Case Attorney
**AUTHORIZATION RECEIVED VIA FAX**
322 Main St
Paris, KY 40361
(859) 988-9658
(859) 988-9659 Fax
b_canupp@bellsouth.net


/s/ Beverly M. Burden, Trustee
Beverly M. Burden, Trustee
**AUTHORIZATION RECEIVED VIA FAX**
PO Box 2204
Lexington, KY 40588-2204
(859) 233-1527
(859) 255-3143 Fax

---

*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
Dated: Thursday, February 16, 2006
(jms)

Pursuant to Local Rule 9022-1(c),
<u>Tri-Corp Financial Inc. c/o GMAC Mortgage Corporation</u>
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Stanley Vincent Wagner
479 Grimes Batterton Road
Paris, KY 40361

Christy H. Wagner
479 Grimes Batterton Road
Paris, KY 40361

Hon. Brian T. Canupp
322 Main St
Paris, KY 40361

Beverly M. Burden, Trustee
PO Box 2204
Lexington, KY 40588-2204

Joel K. Jensen, Case Attorney
LERNER SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480